**Richard E. BLACKBURN, Plaintiff–Appellant,**

v.

**State of SOUTH CAROLINA; South Carolina Department of Corrections: Jon Ozmint, Director of South Carolina Department of Corrections; Robert Ward, Regional Director of South Carolina Department of Corrections; Robin Chavis, ECI Associate Warden; Ms. Sprattling, ECI Grievance Clerk; Sandra Bowie, Chief, Branch Grievance; J. Glenn Alewine; Pravin R. Patel, Defendants–Appellees.**

No. 09–6677.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 30, 2010.

Decided: Dec. 17, 2010.

Richard E. Blackburn, Appellant Pro Se. Bradford Cary Andrews, Samuel F. Arthur, III, Aiken, Bridges, Nunn, Elliott & Tyler, PA, Florence, South Carolina; Benjamin Albert Baroody, Bellamy, Rutenburg, Copeland, Epps, Gravely & Bowers, PA, Myrtle Beach, South Carolina, for Appellees.

Before NIEMEYER and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard E. Blackburn appeals the district court's order adopting in part the recommendation of the magistrate judge and denying relief on his civil action. We have reviewed the record and find no reversible error. Accordingly, we deny Blackburn's motion for appointment of counsel and affirm for the reasons stated by the district court. *Blackburn v. South Carolina,* No. 9:06–cv–02011–PMD, 2009 WL 632542 (D.S.C. Mar. 11, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*